UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN TYLER,<br><br>                      Plaintiff,<br><br>v.<br><br>OFFICER F. SALAS, et al.<br><br>                      Defendants. | Case No.: 20cv888-MMA (MSB)<br><br>**ORDER GRANTING IN PART AND IN PART AND DENYING IN PART JOINT MOTION TO EXTEND DEADLINE FOR FACT DISCOVERY TO MARCH 31, 2021**<br><br>**[ECF NO. 27]** |

On March 15, 2021, the parties filed a "Stipulation and (Proposed) Order to Extend Deadline for Fact Discovery to March 31, 2021" [ECF No. 27], which the Court construes as a joint motion for the requested relief. In their joint motion, the parties explain that despite their diligent attempts to schedule depositions of the parties in this case, "considerable delays" have been caused by the COVID-19 pandemic and concerns about its spread within the prison environment. (Id. at 1-2.) Defendants recently took Plaintiff's deposition, and the parties have scheduled depositions of Defendants Salas and Danial for March 23, 2021. (Id. at 2.) To complete the specified depositions of these defendants, the parties ask the Court to continue the fact discovery deadline from March 15, 2021 [ECF No. 13 at 2] to March 31, 2021. (ECF No. 27 at 2.)

      Based on the information presented by the parties, the joint motion is **GRANTED in part** and **DENIED in part** as follows.  The Court does not find good cause to continue the fact discovery cut-off generally.  The parties' explanation and request only pertains to the specified depositions.  Accordingly, the Court finds good cause to permit Plaintiff to take the depositions of Defendants Salas and Danial after the close of fact discovery and **not later than March 31, 2021**.

      **IT IS SO ORDERED.**

Dated:  March 15, 2021

Honorable Michael S. Berg
United States Magistrate Judge