IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN TYLER,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICER F. SALAS, et al.,**<br><br>Defendants. | Case No. 20cv888-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>**[ECF No. 32]** |

    Plaintiff Kevin Tyler ("Plaintiff") and Defendants F. Salas, J. Duran, A. Danial, and T. Moore ("Defendants") jointly moved the Court to modify the Court's September 15, 2020 Order by extending the deadline that the expert reports are due to be exchanged by two months. (ECF No. 32.) The parties further jointly moved to have the rebuttal expert report due date, expert discovery due date, and dispositive motion filing due date continued two months as well. (Id. at 2-3.)

    The reason for the parties' request is that the CDCR's COVID-19 restrictions are delaying the defense's expert neurologist's ability to examine Plaintiff. (Id. at 2.) The parties agree that the examination is necessitated by Plaintiff's deposition testimony, and it is currently scheduled for May 28, 2021. (Id.) Considering this schedule, "the parties agree that it is in the best interest of all parties" to continue

1

the remaining deadlines for discovery and pretrial motions by approximately two months." (Id.)

Good cause being shown, the Court **GRANTS** the Joint Motion and amends the scheduling order as follows:

1. The expert disclosure deadline is **CONTINUED** from May 28, 2021 to **July 27, 2021**.
2. The rebuttal expert disclosure deadline is **CONTINUED** from June 11, 2021 to **August 10, 2021**.
3. The expert discovery cut-off is **CONTINUED** from July 12, 2021 to **September 10, 2021**.
4. The deadline for filing dispositive pretrial motions is **CONTINUED** from August 12, 2021 to **October 11, 2021**.

**IT IS SO ORDERED.**

Dated: May 5, 2021

Honorable Michael S. Berg
United States Magistrate Judge